**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Freddie Crespin, | No. CV-19-00539-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

On October 26, 2020, the Court ordered the Plaintiff to show good cause for why he has failed to serve Defendant Shinn. Plaintiff files a Response, which leads the Court to believe there may be some confusion. For clarification, the Plaintiff shall show proof of service on Defendant Shinn or Ryan, and the operative complaint in this case is the Fourth Amended Complaint.

If Ryan was served, but not with the Fourth Amended Complaint, the Fourth Amended Complaint should be mailed to Shinn, who is now substituted for Ryan. If Ryan was not served, the Fourth Amended Complaint shall be served on Defendant Shinn.

**Accordingly,**

**IT IS ORDERED** the Plaintiff shall have 21 days from the filing date of this Order to file proof of service on Defendant Ryan/Shinn.

Dated this 6th day of November, 2020.

David C. Bury
United States District Judge